Matter of Wood (2023 NY Slip Op 00362)

Matter of Wood

2023 NY Slip Op 00362

Decided on January 26, 2023

Appellate Division, Third Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered:January 26, 2023

PM-05-23
[*1]In the Matter of Timothy Christian Wood, an Attorney. (Attorney Registration No. 4840427.)

Calendar Date:January 23, 2023

Before:Egan, Jr., J.P., Clark, Pritzker, Ceresia and McShan, JJ.

Timothy Christian Wood, Ottawa, Canada, pro se.
Monica A. Duffy, Attorney Grievance Committee for the Third Judicial Department, Albany, for Attorney Grievance Committee for the Third Judicial Department.

Per Curiam.
Timothy Christian Wood was admitted to practice by this Court in 2010 and lists a business address in Ottawa, Canada with the Office of Court Administration. Wood now seeks leave to resign from the New York bar for nondisciplinary reasons (see Rules for Attorney Disciplinary Matters [22 NYCRR] § 1240.22 [a]). The Attorney Grievance Committee for the Third Judicial Department (hereinafter AGC) advises that it does not oppose Wood's application.
Upon reading Wood's affidavit sworn to October 12, 2022 and filed November 7, 2022, and upon reading the December 1, 2022 correspondence in response by the Chief Attorney for AGC, and having determined that Wood is eligible to resign for nondisciplinary reasons, we grant his application and accept his resignation.
Egan, Jr., J.P., Clark, Pritzker, Ceresia and McShan, JJ., concur.
ORDERED that Timothy Christian Wood's application for permission to resign is granted and his nondisciplinary resignation is accepted; and it is further
ORDERED that Timothy Christian Wood's name is hereby stricken from the roll of attorneys and counselors-at-law of the State of New York, effective immediately, and until further order of this Court (see generally Rules for Attorney Disciplinary Matters [22 NYCRR] § 1240.22 [b]); and it is further
ORDERED that Timothy Christian Wood is commanded to desist and refrain from the practice of law in any form in the State of New York, either as principal or as agent, clerk or employee of another; and Wood is hereby forbidden to appear as an attorney or counselor-at-law before any court, judge, justice, board, commission or other public authority, or to give to another an opinion as to the law or its application, or any advice in relation thereto, or to hold himself out in any way as an attorney and counselor-at-law in this State; and it is further
ORDERED that Timothy Christian Wood shall, within 30 days of the date of this decision, surrender to the Office of Court Administration any Attorney Secure Pass issued to him.